**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| BENJAMIN I. CROWLEY,<br><br>Plaintiff,<br><br>v.<br><br>BLATTNER ENERGY, LLC,<br><br>Defendant. | Case No. 5:25-cv-01375-G |

**PROPOSED ORDER**

Before the Court is Plaintiff's Motion for Leave to File Second Amended Complaint Out of Time. Having reviewed the motion and the record, the Court finds that Plaintiff has demonstrated excusable neglect under Federal Rule of Civil Procedure 6(b)(1)(B).

The motion is GRANTED. The September 15, 2026 deadline for Plaintiff to file his Second Amended Complaint is extended through September 25, 2026. Plaintiff's separately submitted replacement Second Amended Complaint is accepted as timely filed.

IT IS SO ORDERED this _____ day of __________________, 2026.

_______________________________________

UNITED STATES DISTRICT JUDGE