PRESS FIRMLY TO SEAL

FSC MIX Board FSC® C118918

PAPER POUCH how2recycle.info

PRESS FIRMLY TO SEAL

PRIORITY MAIL EXPRESS
FLAT RATE ENVELOPE
POSTAGE REQUIRED

# MAIL EXPRESS®

# FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

RECEIVED
SEP 18 2026
Clerk, U.S. District Court
WEST.DIST.OF OKLA.

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

F October 2023
2 1/2 x 9 1/2

UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: 14 montana bay
San Antonio Tx 78254
Benjamin Crowley

TO: Clerk of Court
United States District Court
Western District of Oklahoma
200 NW 4th Street,
Room 1210
Oklahoma city, OK 73102

Label 228, December 2023

FOR DOMESTIC AND INTERNATIONAL USE

PAPER POUCH how2recycle.info

UNITED STATES POSTAL SERVICE. Retail

E

US POSTAGE PAID
$40.55
Origin: 78238
09/17/26
4879660238-07

PRIORITY MAIL EXPRESS®

BENJAMIN CROWLEY
14 MONTANA BAY
SAN ANTONIO TX 78254-2519

0 Lb 4.80 Oz
RDC 07

RETURN RECEIPT REQUESTED
SIGNATURE REQUIRED

SCHEDULED DELIVERY DAY: 09/18/26 06:00 PM

C005

SHIP TO:
CLERK OF COURT
US DISTRICT COURT OF OKLAHOMA
STE 1210
200 NW 4TH ST
OKLAHOMA CITY OK 73102-3027

USPS SIGNATURE® TRACKING #

9571 1128 4986 6260 6407 17

This package is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; October 2023; All rights reserved.