**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

FILED
SEP 18 2026
JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY nao, DEPUTY

BENJAMIN I. CROWLEY,

Plaintiff,

v.

BLATTNER ENERGY, LLC,

Defendant.

Case No. 5:25-cv-01375-G

## DECLARATION OF BENJAMIN I. CROWLEY

I, Benjamin I. Crowley, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following statements are true and correct based on my personal knowledge:

1. I am the Plaintiff in this action and represent myself.
2. I understood that my Second Amended Complaint was due on September 15, 2026.
3. I completed and signed the Second Amended Complaint before the deadline.
4. On September 11, 2026, I delivered the pleading to UPS for expedited shipment to the Clerk of Court at the William J. Holloway, Jr. United States Courthouse, 200 N.W. 4th Street, Room 1210, Oklahoma City, Oklahoma 73102.
5. I paid approximately $100 for expedited delivery and expected the package to arrive before the filing deadline.
6. The UPS tracking history later showed that the package had not been delivered to the Clerk of Court.

7. I contacted UPS and took steps to determine what happened to the shipment. As of the date of this declaration, the original package has not been delivered to or docketed by the Clerk of Court.

8. I did not intend to miss or disregard the Court's deadline. After learning that the filing had not been received, I acted promptly to submit a replacement copy and ask the Court for relief.

9. The replacement Second Amended Complaint is the same pleading I attempted to file before the deadline, with its title corrected as previously instructed and no substantive changes.

10. I have not previously requested an extension of the September 15, 2026 deadline.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 17, 2026, in San Antonio, Texas.

Benjamin I. Crowley