**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **BENJAMIN I. CROWLEY,** | ) | **Case No. 5:25-cv-01375-G** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **BLATTNER ENERGY, LLC,** | ) | |
| Defendant. | ) | |

# EXHIBIT 1

## UPS Store Receipt and Email Confirmation

The UPS Store #4827
8407 BANDERA RD STE 103
SAN ANTONIO, TX 78250-2511
210-520-0227

| | |
|---|---|
| Terminal....: POS4827A | Date.: 9/11/2026 |
| Employee....: 322777 | Time.: 02:14 PM |

COPY

| ITEM NAME | QTY | PRICE | TOTAL |
|---|---|---|---|
| NDA To Courts | | | $90.13 |
| | 1 @ | $90.13 | |
| Tax | | | $0.00 |
| MHXY2FVFZQUYO | | | |
| Tracking Number - 1Z88XA124421835418 | | | |
| Metered Mail Ground Advantage | | | $3.30 |
| | 1 @ | $3.30 | |
| Tax | | | $0.00 |
| MHXY2FVB65WQA ↑ To Blattner | | | |
| Tracking Number | | | |

| | |
|---|---|
| Subtotal | $93.43 |
| Shipping/Other Charges | $0.00 |
| Total tax | $0.00 |
| Total | $93.43 |
| Cards | $93.43 |

Items Designated NR are NOT eligible for Returns, Refunds or Exchanges.

US Postal Rates Are Subject to Surcharge.

1 2 6 0 9 1 1 4 8 2 7 A 0 5 1 2 5 4

View The UPS Store, Inc.'s privacy notice at https://www.theupsstore.com/privacy-policy

**Win a $250 gift card**

Tell us how we're doing for your chance to win a $250 Amazon.com® Gift Card, a $100 Amazon.com® Gift Card, or a $50 Amazon.com® Gift Card each month. Scan the QR code or go to the link to take the survey.

https://www.theupsstore.com/pr

NO PURCHASE NECESSARY. Void where prohibited. Ends 1/31/27. Must be US resident 18 years or older to enter. Limit (1) entry per person per month. For Official Rules visit https://www.TheUPSStore.com/surveyrules2026

**Need Package Help?**

(lost/damaged)

Provide details so we can help: https://online.upscapital.com/tccp

VISA ************3783 459980
09/11/2026 02:14 PM

Purchase

| | |
|---|---|
| VISA DEBIT | XXXXXXXXXXXX3783 |
| ENTRY METHOD | CONTACTLESS CHIP |
| CVM | |
| Invoice | 0010045508 |
| Clerk | 32277 |
| Response | APPROVED |
| Auth Code | 459980 |

EMV DETAILS

| | |
|---|---|
| MODE | ISSUER |
| AID | A0000000031010 |
| TVR | 0000000000 |
| IAD | 06011203A00000 |
| Amount | USD $93.43 |

NO SIGNATURE REQUIRED
CARDHOLDER/VISA

7:55 • 5G 22

Tracking package Inbox

T The UP... 7:42 AM

to me

Here is a copy of the tracking for the package that we sent out for you on Friday, September 11, 2026 for delivery on Saturday, September 12, 2026

We have filed a claim to try and locate the package with UPS. The current status shows after the delivery attempt, it has not moved since September 14, 2026.

John Teske - Owner
The UPS Store 4827
8407 Bandera Rd., Ste 103
San Antonio, TX 78250
210-520-0227

Reply Forward