**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **BENJAMIN I. CROWLEY,** | ) | **Case No. 5:25-cv-01375-G** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **BLATTNER ENERGY, LLC,** | ) | |
| Defendant. | ) | |

# EXHIBIT 2

## UPS Tracking Details Showing Delay and Non-Delivery

IEEPA Tariff Refunds

Find Closest UPS Location

Shipping

Tracking

Products & Services

The UPS Store

# Tracking Details

Tracking No.

## Delay

1Z88XA124421835418

Please sign up for notifications for the latest updates.

Latest Update

We're sorry, delivery is taking longer than expected. Your package has been temporarily delayed.

RFID

Last Location:
Oklahoma City, OK, United States, 09/14/2026, 9:17 A.M.

Label Created

We Have Your Package

**On the Way**

Out for Delivery

Delivery

Hide Details

### Package History

Select Time Zone
Local Time

09/14/2026
9:17 A.M.

**On the Way**
Processing at UPS Facility
Oklahoma City, OK, United States

09/12/2026
10:38 A.M.

We tried to deliver to the business, but it was closed. A second attempt will be made the next business day.
Oklahoma City, OK, United States

09/12/2026
10:04 A.M.

Out For Delivery Today
Oklahoma City, OK, United States

09/12/2026
8:54 A.M.

Loaded on Delivery Vehicle
Oklahoma City, OK, United States

09/12/2026
8:32 A.M.

Processing at UPS Facility
Oklahoma City, OK, United States

09/12/2026
8:00 A.M.

Departed from Facility
Oklahoma City, OK, United States

09/12/2026
7:00 A.M.

✓ Tracking number copied to cli

Arrived at Facility
Oklahoma City, OK, United States

09/12/2026
8:00 A.M.

Departed from Facility
Oklahoma City, OK, United States

09/12/2026
6:58 A.M.

Arrived at Facility
Oklahoma City, OK, United States

09/12/2026
6:21 A.M.

Departed from Facility
Tulsa, OK, United States

09/12/2026
5:39 A.M.

Arrived at Facility
Tulsa, OK, United States

09/12/2026
4:55 A.M.

Departed from Facility
Louisville, KY, United States

09/12/2026
12:59 A.M.

Arrived at Facility
Louisville, KY, United States

09/11/2026
9:38 P.M.

Arrived at Facility
San Antonio, TX, United States

09/11/2026
9:32 P.M.

Departed from Facility
San Antonio, TX, United States

09/11/2026
8:01 P.M.

Departed from Facility
Leon Valley, TX, United States

09/11/2026

7:33 P.M.

Arrived at Facility
Leon Valley, TX, United States*

09/11/2026
6:28 P.M.

**We Have Your Package**
RFID Confirmed Pickup ((•))
Leon Valley, TX, United States

09/11/2026
2:17 P.M.

**Label Created**
Shipper created a label, UPS has not received the package yet.
United States

Change My Delivery > Notify Me > File a Claim >

✓ Tracking number copied to cli

## Stay Safe - Avoid Fraud and Scams

Tips to Avoid Fraud >

Received a text, call, or email that seems suspicious? Don't respond to it.

## Shipment Details

**Ship To**
OKLAHOMA CITY, OK US

**Service**
UPS Next Day Air®
Saturday Delivery

**Shipment Category**
Package

**Shipped / Billed On**
09/11/2026

**Support**

Help and Support Center
Tracking Support
Where's My Package
Shipping Guides and Resources
International Shipping Guides
Communication Preferences

**UPS Sites**

About UPS
UPS Jobs
UPS Healthcare
UPS Supply Chain Solutions
The UPS Store
UPS Developer Portal

## CERTIFICATE OF SERVICE

I certify that on September 17th, 2026, I mailed by United States mail, postage prepaid, a true and correct copy of Plaintiff's Motion for Leave to File Second Amended Complaint Out of Time; Declaration of Benjamin I. Crowley; Exhibit 1, UPS receipt; Exhibit 2, UPS tracking history; Proposed Order; and replacement Second Amended Complaint to:

Matthew J.G. McDevitt, OBA No. 20771

PIERCE COUCH HENDRICKSON BAYSINGER & GREEN, LLP

1109 N. Francis Ave.

Oklahoma City, OK 73106

______________________________

Benjamin I. Crowley