PRESS FIRMLY TO SEAL

FSC MIX Board FSC® C118915

PAPER POUCH how2recycle.info

PRESS FIRMLY TO SEAL

PRIORITY MAIL EXPRESS
FLAT RATE ENVELOPE
POSTAGE REQUIRED

# PRIORITY MAIL EXPRESS®

# FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

RECEIVED
SEP 18 2026
Clerk, U.S. District Court
WESTDIST.OF OKLA

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: 14 montana bay
San Antonio Tx 78254
Benjamin Crowley

TO: Clerk of Court
United States District Court
Western District of Oklahoma
200 NW 4th Street,
Room 1210
Oklahoma City, OK 73102

Label 228, December 2023 FOR DOMESTIC AND INTERNATIONAL USE

F October 2023
12 1/2 x 9 1/2

PAPER POUCH how2recycle.info

UNITED STATES POSTAL SERVICE. Retail

E

US POSTAGE PAID
$40.55
Origin: 78238
09/17/26
4879660238-07

PRIORITY MAIL EXPRESS®

BENJAMIN CROWLEY
14 MONTANA BAY
SAN ANTONIO TX 78254-2519

0 Lb 4.80 Oz
RDC 07

RETURN RECEIPT REQUESTED
SIGNATURE REQUIRED

SCHEDULED DELIVERY DAY: 09/18/26 06:00 PM

C005

SHIP TO:
CLERK OF COURT
US DISTRICT COURT OF OKLAHOMA
STE 1210
200 NW 4TH ST
OKLAHOMA CITY OK 73102-3027

USPS SIGNATURE® TRACKING #

9571 1128 4986 6260 6407 17

This package is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; October 2023; All rights reserved.